# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRAIN AND SPINE CLINIC, LLC,**

    **Plaintiff,**

v.                                       Case No: 6:21-cv-580-PGB-GJK

**BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal, filed April 11, 2022. (Doc. 32). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Blue Cross and Blue Shield of Florida, Inc., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 11, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties

Case 6:21-cv-00580-PGB-G_K  Document 33  Filed 04/11/22  Page 2 of 2 PageID 3687